GATES, O'DOHERTY, GONTER & GUY, LLP                                    JS-6
15635 Alton Parkway, Suite 260
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, CHRYSLER GROUP LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM BONDURANT and CHRISTIE BONDURANT,<br><br>          Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP LLC, DOE 1 through DOE 10, inclusive,<br><br>          Defendants. | Case No.: CV 10-4523 PA (SHx)<br><br>**ORDER TO REMAND TO STATE COURT** |

**O R D E R**

Pursuant to the Stipulation to Remand to State Court executed by the parties, it is hereby **ORDERED** that this action is remanded to Superior Court of California, County of Los Angeles.

Dated: July 21, 2010

_____
HONORABLE JUDGE PERCY ANDERSON